James M. Burns
216 Lakecrest Dr.
Hinckley, OH 44233-9649



May 28, 2019

John F. Seiberling Federal Building & U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

Chambers No. 240

RE: Case # 5:15-ap-05062  Burns v. Bell

Dear Honorable Alan Koschik:

I write to find out if the above referenced case has been placed on the schedule for judgment. If so, when can I expect to hear from the court? Thank you.

Sincerely,

James M. Burns